```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>  Plaintiff,<br><br>vs.<br><br>SOUTH CITY REFRIGERATION AND AIR CONDITIONING, etc.,<br><br>  Defendant. | NO. C 09 2311 JL<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for October 14, 2009 be continued to December 16, 2009 at 10:30 a.m. in Courtroom No. F, 15TH floor, San Francisco, CA

Dated: 10-8-09

_____
Honorable James Larson

EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE 1