```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | ) ) ) | NO. C 09 2311 JL |
| Plaintiff, | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) ) | |
| SOUTH CITY REFRIGERATION AND AIR CONDITIONING, etc., | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that the Case Management Conference in this case set for December 16, 2009 be continued to February 17, 2010 at 10:30 a.m. in Courtroom No. F, 15TH floor, San Francisco, CA

Dated: 12/11/09

_____
Honorable James Larson

EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE 1