```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>         Plaintiffs, <br><br>    vs. <br><br> SOUTH CITY REFRIGERATION, etc., <br><br>         Defendant. | NO.  C 09 2311 CRB <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for May 21, 2010 be continued to ~~June 8,~~ **June 25, 2010** 2010 at 8:30 a.m. in Courtroom No. 8, 19rd Floor, San Francisco, CA

Dated: __May 10, 2010_____

_____
Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE