```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SOUTH CITY REFRIGERATION, etc.,<br><br>　　　　　　Defendant. | NO.  C 09 2311 CRB<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　IT IS ORDERED that the Case Management Conference in this case set for June 25, 2010 be continued to August 13, 2010 at 8:30 a.m. in Courtroom No. 8, 19rd Floor, San Francisco, CA.

Dated: ___June 21, 2010___

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE